

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| REINHARDT, STEPHEN R. | US COURT OF APPEALS - 9TH CIRCUIT | 08/11/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CIRCUIT JUDGE (ACTIVE) | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 312 NORTH SPRING STREET ROOM 1747 LOS ANGELES, CA 90012 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 -███████ TRUST - EXEMPT C |
| 2. TRUSTEE | TRUST #2 -███████ TRUST - NON-EXEMPT C |
| 3. TRUSTEE | TRUST #3 -██████ LIVING TRUST DTD 4/21/95 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Reinhard, Stephen R.

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 02/25/10 | SPEAKING ENGAGEMENT - UNIVERSITY OF CALIFORNIA, DAVIS | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ACLU FOUNDATION OF SO CALIFORNIA - WAGES |
| 2. 2010 | AMERICAN CIVIL LIBERTIES UNION INC OF SO CALIFORNIA - WAGES |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PENNSYLVANIA LAW SCHOOL - ACS CHAPTER | 02/01/10 - 02/03/10 | PHILADELPHIA, PA | PROF ASSOC ACTIVITY/ CIVIC ORGANIZATION | AIRFARE, AND TRANSPORTATION |
| 2. | WILLIAMS COLLEGE | 02/10/10 - 02/12/10 | WILLIAMSTOWN, MA | EDUCATIONAL ACTIVITY, EXCLUSIVE OF JUDICIAL EDUCATION | AIRFARE, LODGING AND TRANSPORTATION |
| 3. | UNIVERSITY OF CALIFORNIA, DAVIS | 02/25/10 - 02/25/10 | DAVIS, CA | SPEAKING ENGAGEMENT | AIRFARE AND TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| **REINHARDT, STEPHEN R.** | 08/11/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | YALE LAW SCHOOL | 04/26/10 - 04/28/10 | NEW HAVEN, CT | EDUCATIONAL ACTIVITY, EXCLUSIVE OF JUDICIAL EDUCATION | AIRFARE AND TRANSPORTATION |
| 5. | STANFORD LAW SCHOOL - AMERICAN CONSTITUTION SOCIETY | 05/12/10 - 05/12/10 | PALO ALTO, CA | PROF ASSOC ACTIVITY/ CIVIC ORGANIZATION | TRANSPORTATION |
| 6. | UNIVERSITY OF CHICAGO - AMERICAN CONSTITUTION SOCIETY | 05/16/10 - 05/17/10 | CHICAGO, IL | PROF ASSOC ACTIVITY/ CIVIC ORGANIZATION | AIRFARE AND TRANSPORTATION |
| 7. | AMERICAN CONSTITUTION SOCIETY - ANNUAL CONVENTION | 06/16/10 - 06/20/10 | WASHINGTON D.C. | PROF ASSOC ACTIVITY/ CIVIC ORGANIZATION | AIRFARE AND TRANSPORTATION |
| 8. | WILLIAMS COLLEGE | 10/19/10- 10/23/10 | WILLIAMSTOWN, MA | NON-FJC EDUCATIONAL SEMINAR OR PROGRAM | AIRFARE AND TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BROKER ACCT #1 - ▚▚▚▚▚▚, TSFR FROM CNB 100 | | | | | | | | | |
| 2. | - FEDERATED CLOVER VALUE FD CL C (VFCCX) 1 | A | Dividend | L | T | | | | | |
| 3. | - FDIC LIQUID INSURED DEPOSITS MONEY MARKET 1 | A | Interest | J | T | | | | | |
| 4. | - GOLDMAN SACHS FINL SQR TSRY FD #506 1 | A | Dividend | | | Redeemed | 06/08/10 | J | A | |
| 5. | CITY NATIONAL BANK CHECKING #79, FORMERLY #244 | | None | J | T | | | | | |
| 6. | UNION BANK CHECKING | | None | K | T | | | | | |
| 7. | JOHN HANCOCK LIFE INS CO. - ANNUITY | D | Int./Div. | M | W | | | | | |
| 8. | SYMETRA LIFE INS CO - ANNUITY | B | Int./Div. | K | T | | | | | |
| 9. | IRA - ACCT #6 - ▚▚▚▚▚▚ FROM M/LYNCH | C | Int./Div. | L | T | | | | | |
| 10. | - M/ LYNCH RETIREMENT RSRVS CL 6 | | | | | Sold | 08/04/10 | J | A | |
| 11. | - BLACKROCK LARGE CAP 6 | | | | | Sold | 04/20/10 | J | B | |
| 12. | - AMERICAN CENTURY FUND 6 | | | | | Buy (add'l) | 04/20/10 | J | | |
| 13. | - AMERICAN GROWTH FUND 6 | | | | | Sold | 04/20/10 | J | B | |
| 14. | - CALVERT SHORT DURATION FD 6 | | | | | Buy (add'l) | 04/20/10 | J | | |
| 15. | - DELAWARE CORP BD 6 | | | | | Buy (add'l) | 04/20/10 | J | | |
| 16. | - FPA NEW INCOME FD 6 | | | | | | | | | |
| 17. | - HARTFORD CAPITAL FD 6 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - JENNISON VALUE FD 6 | | | | | Sold | 08/04/10 | J | A | |
| 19. - METROPOLITAN WEST TTL FD 6 | | | | | Buy (add'l) | 04/20/10 | J | | |
| 20. - T ROWE PRICE US TSY FD 6 | | | | | Sold (part) | 04/20/10 | J | A | |
| 21. - TCW TOTAL RETURN FD 6 | | | | | Sold (part) | 04/20/10 | J | A | |
| 22. - MAINSTAY LARGE CAP GRWTH FND 6 | | | | | Buy | 04/20/10 | J | | |
| 23. - MFS VALUE FUND 6 | | | | | Buy | 04/20/10 | J | | |
| 24. - PERSHING GOVT MONEY MARKET FUNDS 6 | | | | | | | | | |
| 25. DEFERRED SALARY PLAN/TRUST - ACCOUNT▓ - M/LYNCH #C08 | D | Int./Div. | N | T | | | | | See Note 3 |
| 26. - BIF MONEY FUND 8 | | | | | | | | | See Note 1 |
| 27. - BLACKROCK LARGE CAP 8 | | | | | Sold (part) | 06/09/10 | J | A | |
| 28. - BLACKROCK LARGE CAP 8 | | | | | Sold (part) | 12/14/10 | J | A | |
| 29. - BLACKROCK INFLATION 8 | | | | | Sold (part) | 06/09/10 | K | B | |
| 30. - BLACKROCK GLOBAL ALLOC FUND 8 | | | | | Buy (add'l) | 06/09/10 | J | | |
| 31. - BLACKROCK BD PORTFOLIO 8 | | | | | | | | | |
| 32. - BLACKROCK CAPITAL APPRECIATION FD 8 | | | | | Buy (add'l) | 06/09/10 | J | | See Note 2 |
| 33. - BLACKROCK EQUITY DIVIDEND 8 | | | | | Sold (part) | 06/09/10 | J | A | |
| 34. - BLACKROCK GNMA INST 8 | | | | | Buy (add'l) | 06/09/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - BLACKROCK MID CAP VALUE 8 | | | | | Buy | 06/09/10 | K | | |
| 36. - BLACKROCK LOW DURATION BD 8 | | | | | Buy | 06/09/10 | K | | |
| 37. - BLACKROCK S & P 500 INDEX FUND 8 | | | | | Buy | 12/14/10 | K | | |
| 38. BROKER ACCT #9 - ▮▮▮▮▮▮▮ ▮▮▮, TSFR FROM M/ LYNCH 390 | | | | | | | | | |
| 39. - AMERICAN GROWTH FUND 9 | | None | | | Buy (add'l) | 01/06/10 | J | | |
| 40. | | | | | Sold | 04/20/10 | K | C | |
| 41. - BLACKROCK LARGE CAP 9 | | None | | | Buy (add'l) | 01/06/10 | J | | |
| 42. | | | | | Sold | 04/20/10 | K | C | |
| 43. - BLACKROCK CALIFORNIA 9 | B | Dividend | K | T | Buy (add'l) | 01/06/10 | J | | |
| 44. | | | | | Buy (add'l) | 04/20/10 | J | | |
| 45. - BLACKROCK GLOBAL ALLOCATION FUND 9 | A | Dividend | L | T | Buy | 12/15/10 | L | | |
| 46. - EATON VANCE NTL LTD 9 | A | Dividend | | | Buy (add'l) | 01/06/10 | J | | |
| 47. | | | | | Buy (add'l) | 04/20/10 | J | | |
| 48. | | | | | Sold | 08/04/10 | K | B | |
| 49. - EATON VANCE AMT FREE 9 | A | Dividend | | | Buy (add'l) | 01/06/10 | J | | |
| 50. | | | | | Sold | 04/20/10 | K | B | |
| 51. - FIDELITY ADV MUNI 9 | B | Dividend | K | T | Buy (add'l) | 01/06/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - FRANKLIN FED INTER TERM 9 | B | Dividend | K | T | Buy (add'l) | 01/06/10 | J | | |
| 53. | | | | | Buy (add'l) | 04/20/10 | J | | |
| 54. - HARTFORD CAPITAL 9 | | None | K | T | Buy (add'l) | 01/06/10 | J | | |
| 55. - JENNISON VALUE FD 9 | | None | | | Buy (add'l) | 01/06/10 | J | | |
| 56. | | | | | Sold | 08/04/10 | K | B | |
| 57. - J P MORGAN TAX AWARE 9 | A | Dividend | J | T | Buy (add'l) | 01/06/10 | J | | |
| 58. | | | | | Sold (part) | 04/20/10 | J | A | |
| 59. - DWS INTMDT TAX 9 | A | Dividend | K | T | Buy | 04/20/10 | K | | |
| 60. - MAINSTAY LARGE CAP GROWTH FUND 9 | | None | K | T | Buy | 04/20/10 | K | | |
| 61. - MFS VALUE FUND 9 | A | Dividend | K | T | Buy | 04/20/10 | K | | |
| 62. - FDIC LIQUID INSURED DEPOSITS MONEY MARKET 9 | A | Int./Div. | L | T | | | | | |
| 63. MERRILL LYNCH CHECKING #▓, CMA MONEY FUND | A | Int./Div. | | | Closed | 05/19/10 | J | | |
| 64. BANK OF THE WEST CHECKING▓ | A | Interest | L | T | | | | | |
| 65. NATIONWIDE ACHIEVER ANNUITY | E | Int./Div. | N | T | | | | | |
| 66. TRUST #1 - EXEMPT C | G | Int./Div. | P1 | T | | | | | |
| 67. - GOLDMAN SACHS FINL SQR TREAS FD #▓ (CNB ▓) | | | | | Buy (add'l) | 11/15/10 | P1 | | |
| 68. - GOLDMAN SACHS FINL SQR TREAS FD▓ (CNB▓ | | | | | Redeemed | 11/19/10 | P1 | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - UNIVERSITY CALIF REV 5.000% 5/15/10 2FRRO}(CNB 8110) | | | | | Matured | 05/15/10 | L | A | |
| 70. - GLENDALE CALIF MUN UTIL 11/15/12 (CNB 8110) | | | | | Sold | 02/01/10 | M | A | |
| 71. - SACRAMENTO CALIF MUN UTIL 11/15/12 (CNB 8110) | | | | | Sold | 11/15/10 | L | A | |
| 72. - GOLDEN ST TOB CALIF 5.500% 6/1/43 (CNB 8110) | | | | | Sold | 11/15/10 | L | A | |
| 73. - OPPENHEIMER INTL BOND FD CL A (CNB 8110) | | | | | Sold | 11/12/10 | O | G | |
| 74. - L A COUNTY CA SANTN DST 5.% 10/1/1 (CNB 8110) | | | | | Sold | 11/15/10 | L | A | |
| 75. - PUERTO RICO CMWLTH 5.125% 7/1/30 }(CNB 8110) | | | | | Sold | 11/15/10 | K | A | |
| 76. - ARIZ SCH FACS BRD CTFS TN 5% 9/1/12 #4486) | | | | | | | | | |
| 77. - INVESCO EMERG MKT LOCAL FUND ) (#4486) | | | | | Buy | 12/14/10 | M | | |
| 78. - BLACKROCK HIGH YIELD BOND FUND (#4486) | | | | | Buy | 12/14/10 | O | | |
| 79. - BLACKROCK GLOBAL ALLOC FUND (#4486) | | | | | Buy | 12/01/10 | P1 | | |
| 80. - FDIC LIQUID INSURED DEPOSITS (#4486) | | | | | Buy | 11/19/10 | P1 | | |
| 81. - ACACIA PARTNERS, L.P. | | | | | Distributed (part) | 12/31/10 | J | A | |
| 82. - POETIC LICENSE PARTNERS, LP | | | | | | | | | |
| 83. - CITY NATIONAL BANK CHECKING , FORMERLY 279 | | | | | | | | | |
| 84. TRUST #2 - NON-EXEMPT C | A | Int./Div. | L | T | | | | | |
| 85. - GOLDMAN SACHS FINL SQR TREAS FD # CNB 8010) | | | | | Redeemed | 11/15/10 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - FDIC LIQUID INSURED DEPOSITS (#4478) | | | | | Buy | 11/20/10 | L | | |
| 87. - CITY NATIONAL BANK CHECKING ▓▓, FORMERLY #287 | | | | | | | | | |
| 88. TRUST #3 - LVG TRUST | D | Int./Div. | O | T | | | | | |
| 89. - GOLDMAN SACHS FINL SQR TREAS FD▓▓▓▓ (CNB 200) | | | | | Buy (add'l) | 04/08/10 | O | | |
| 90. - GOLDMAN SACHS FINL SQR TREAS FD▓▓▓▓ (CNB 200) | | | | | Redeemed | 06/08/10 | O | A | |
| 91. - ORANGE CNTY CALIF SALE TAX 2/15/10▓▓▓▓▓ CNB 200) | | | | | Matured | 02/15/10 | K | A | |
| 92. - SAN DIEGO COMM COLLEGE 8/1/10 ▓▓▓▓}(#4395) | | | | | Matured | 08/02/10 | K | A | |
| 93. - FDIC LIQUID INSURED DEPOSITS (#4395) | | | | | Buy | 05/29/10 | M | | |
| 94. - BLACKROCK HIGH YLD BOND FUND ▓▓▓▓ (#4395) | | | | | Buy | 06/18/10 | K | | |
| 95. - CALAMOS CONV FUND CLS 1 ▓▓▓▓ (#4395) | | | | | Buy | 06/23/10 | K | | |
| 96. - G SACHS DYNAMIC ALLOC FUND ▓▓▓▓ (#4395) | | | | | Buy | 06/23/10 | M | | |
| 97. - G SACHS ABS RETURN FUND ▓▓▓▓ (#4395) | | | | | Buy | 06/23/10 | K | | |
| 98. - IVY GLOBAL NAT RSRCS FUND ▓▓▓▓ (#4395) | | | | | Buy | 06/18/10 | K | | |
| 99. - IVY ASSET STRAT FUND CLS 1 ▓▓▓▓ (#4395) | | | | | Buy | 06/18/10 | M | | |
| 100. - LAZARD EMERG MKT FUND ▓▓▓▓ (#4395) | | | | | Buy | 06/18/10 | K | | |
| 101. - PIMCO EMERG MKTS FUND ▓▓▓▓ (#4395) | | | | | Buy | 06/18/10 | K | | |
| 102. - CITY NATIONAL BANK CHECKING ▓▓, FORMERLY #260 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1: Part VII, line 26 - The CMA money fund name was changed in connection with Bank of America's acquisition of Merrill Lynch. It's now the BIF money fund.

NOTE 2: Part VII, line 32 - This fund changed it's name in 2010 from Balckrock Fundamental Growth to Blackrock Capital Appreciation.

NOTE 3: Part VII, lines 25 through 37 - This account is a deferred salary plan, held by Merrill Lynch as trustee, sponsored by ▓▓▓▓ employer, the ACLU.

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ STEPHEN R. REINHARDT

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Reiss, Christina C. | 2. Court or Organization<br><br>United States District Court District of Vermont | 3. Date of Report<br><br>05/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Chief Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States Federal Building<br>111 Elmwood Avenue<br>P.O. Box 953<br>Burlington, VT 05401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | State of Vermont Employees Pension Fund (upon retirement age 65) |
| 2. | |
| 3. | |

**Reinhard, Stephen R.   A**

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Self-employed - Commercial and Residential Mill Working Company |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | People's United Bank | Loan - Business Mortgage | N |
| 2. | People's United Bank | Loan - Business Equipment | M |
| 3. | People's United Bank | Loan - Business Equipment` | K |
| 4. | People's United Bank | Loan - Business - Line of Credit | M |
| 5. | People's United Bank | Loan - Business Refinance | L |
| 6. | People's United Bank | Loan - Business Mortgage | N |
| 7. | Vermont Economic Development Authority | Loan - Business Mortgage | N |
| 8. | Vermont Economic Development Authority | Loan - Equipment | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TD Bank North Accounts | A | Interest | J | T | | | | | |
| 2. Chittenden Bank Accounts | A | Interest | J | T | | | | | |
| 3. Amoskeag Woodworking | A | Distribution | P1 | W | | | | | |
| 4. HRS, LLC | A | Distribution | N | W | | | | | |
| 5. Merchants Bank CD | C | Dividend | J | T | | | | | |
| 6. State Farm Life Insurance | A | Interest | J | T | | | | | |
| 7. National Life Insurance | A | Interest | J | T | | | | | |
| 8. IRA #1 | E | Dividend | M | T | | | | | |
| 9. - Davis NY Venture Fund | A | Dividend | J | T | | | | | |
| 10. - Diamond Hill Large Cap Fund | A | Dividend | K | T | | | | | |
| 11. - First Eagle Global Fund | A | Dividend | K | T | | | | | |
| 12. - Janus Balanced Fund | A | Dividend | K | T | | | | | |
| 13. - MFS Value Fund | A | Dividend | K | T | | | | | |
| 14. - Oppenheimer Gold & Special Minerals Funds | A | Dividend | J | T | | | | | |
| 15. - Pimco Total Return Fund | A | Dividend | J | T | | | | | |
| 16. - RS Global Natural Resources Fund | A | Dividend | J | T | | | | | |
| 17. - Sentinel Small Company Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - The Home Depot | A | Dividend | J | T | | | | | |
| 19. AT&T, Inc. ** | | None | | | Sold | | J | A | |
| 20. General Electric Co. ** | | None | | | Sold | | J | A | |
| 21. IRA #2 | C | Dividend | K | T | | | | | |
| 22. - IShares Russell 2000 Growth Fund | A | Dividend | J | T | | | | | |
| 23. - Vodafone Group PLC ADR Fund ** | | None | | | Sold | | J | A | |
| 24. - Columbia Acorn Z Fund | A | Dividend | J | T | | | | | |
| 25. - Fidelity Diversified Intl Fund | A | Dividend | J | T | | | | | |
| 26. - ING Intl Small Cap Fund | | | | | Sold | 02/02/10 | J | A | |
| 27. - ING Real Estate Fund | | | | | Sold | 02/02/10 | J | A | |
| 28. - T Rowe Price Intl Fund | A | Dividend | J | T | | | | | |
| 29. - T Rowe Price Emerging Markets | A | Dividend | J | T | | | | | |
| 30. - Virtus Foreign Opportunities I Fund | A | Dividend | J | T | | | | | |
| 31. - Virtus Short Intermediate Bond I Fund | A | Dividend | J | T | | | | | |
| 32. - Virtus Intermediate Tax Exempt I Fund | A | Dividend | J | T | | | | | |
| 33. - Cisco Systems, Inc. | | | | | Sold | 02/02/10 | J | A | |
| 34. - Zhone Technologies, Inc. | | | | | Sold | 02/02/10 | J | A | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
   (See Column C2)            U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA #3 | E | Dividend | L | T | | | | | |
| 36. - New Perspective Fund - A | | | | | Sold | 01/20/10 | J | A | |
| 37. - New World Fund - A | A | Dividend | J | T | | | | | |
| 38. - SMALL CAP World Fund - A | A | Dividend | J | T | | | | | |
| 39. - Capital World Growth and Income Fund - A | A | Dividend | J | T | | | | | |
| 40. - Capital Income Builder | | | | | Sold | 01/20/10 | J | D | |
| 41. - The Cash Management Trust of America | | | | | Sold | 01/20/10 | J | A | |
| 42. - The Growth Fund of America - A | | | | | Buy | 01/20/10 | J | | |
| 43. - The Income Fund of America - A | | | | | Buy | 01/20/10 | J | | |
| 44. - American High Income Trust - A | | | | | Buy | 01/20/10 | J | | |
| 45. - The Bond Fund of America - A | | | | | Buy | 01/20/10 | J | | |
| 46. - Capital World Bond Fund - A | | | | | Buy | 01/20/10 | J | | |
| 47. - American Funds Money Market Fund - A | | | | | Sold | 01/20/10 | J | A | |
| 48. IRA # 4 | A | Dividend | J | T | | | | | |
| 49. - Capital World Growth & Income Fund - A | | | | | Buy | 01/20/10 | J | | |
| 50. Vermont Higher Education Investment Plan #1 | B | Dividend | J | T | | | | | |
| 51. Vermont Higher Education Investment Plan #2 | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VC SP / College America Plan #1 | A | Dividend | J | T | | | | | |
| 53. VC SP / College America Plan #2 | A | Dividend | J | T | | | | | |
| 54. IRA #5 | C | Dividend | J | T | | | | | |
| 55. - Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 56. - Zhone Technologies New | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\*\* - AT&T, Inc. stock, General Electric Company stock and Vodaphone Group ADR Fund were all sold on December 3, 2009. This date is between the date of the Nomination Financial Report (last report) and this 2010 Report. The program will not allow entry of a date in 2009. These entries should not be included on this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Christina C. Reiss**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544